# MEMORANDUM DECISIONS.

Lee AHL, Plaintiff in Error, v. BANK OF SELIGMAN, Defendant in Error. (Circuit Court of Appeals, Eighth Circuit. December 5, 1923.) No. 6202. In Error to the District Court of the United States for the Western District of Missouri. Kelsey Norman, James C. Norman, and George V. Farris, all of Joplin, Mo., for plaintiff in error. Allen McReynolds, of Carthage, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error.

---

Will AVERY, Plaintiff in Error, v. UNITED STATES of America, Defendant in Error. W. T. RICHARDSON and Harrison C. Joiner, Plaintiffs in Error, v. UNITED STATES of America, Defendant in Error.* (Circuit Court of Appeals, Fifth Circuit. October 11, 1923. Rehearing Denied December 12, 1923.) Nos. 4056, 4057. In Error to the District Court of the United States for the Southern District of Georgia. John R. Cooper, of Macon, Ga. (W. O. Cooper, Jr., of Macon, Ga., on the brief), for plaintiffs in error. Chas. E. Donnelly, Asst. U. S. Atty., of Macon, Ga. (F. G. Boatright, U. S. Atty., of Cordele, Ga., on the brief), for the United States. Before WALKER and BRYAN, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. In this case the citation was signed October 28, 1922, but the transcript of the record was not filed in New Orleans until March 21, 1923. The defendant in error moves to dismiss for failure to comply with paragraph 5 of rule XIV of the rules of this court, which requires transcripts to be filed within 30 days from the day of signing the citation. The motion is granted, and the writ of error is dismissed.

---

Isaac P. BAKER, Appellant, v. Gunder OLSON, Individually and as Collector of Internal Revenue, etc. (Circuit Court of Appeals, Eighth Circuit. December 14, 1923.) No. 6350. Appeal from the District Court of the United States for the District of North Dakota. Benton Baker, of Bismarck, N. D., for appellant. Seth W. Richardson, U. S. Atty., of Fargo, N. D., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

Joseph BALTRUSAITIS, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 3, 1923.) No. 6547. In Error to the District Court of the United States for the Eastern District of Missouri. Willis H. Clark, of St. Louis, Mo., for plaintiff in error. Allen Curry, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.

---

E. G. BANDY, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 3, 1923.) No. 6549. In Error to the District Court of the United States for the District of Nebraska. E. D. O'Sullivan, of Omaha, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.

*Certiorari denied 44 Sup. Ct. 332, 68 L. Ed. —.